# UNITED STATES DISTRICT COURT
for the

Northern District of Mississippi

| | |
|---|---|
| YOLANDA JOHNSON and RODNEY JOHNSON | ) |
| *Plaintiff* | ) |
| v. | ) |
| McELROY TRUCK LINES, INC. and ROY MERRITT | ) |
| *Defendant* | ) |

Civil Action No.   1:14CV26-DAS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☑  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)*   McElroy Truck Lines
Inc. and Roy Merritt_____   recover costs from the plaintiff *(name)*   Yolanda Johnson and Rodney Johnson
_____ .

☐  other:


This action was *(check one)*:

☑  tried by a jury with Judge  David A. Sanders_____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☐  decided by Judge _____ on a motion for


Date:  5/27/15_____

David Crews,
*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*